UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHAWNTA BROWN,

                      Plaintiff,

                      **DECISION AND ORDER**
      v.                            13-CV-1056-A

JENNIFER L. MORALES, *et al.*,

                      Defendants.

---

This *pro se* civil rights case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On October 10, 2017, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 56) addressing the Defendants' motions pursuant to Fed. R. Civ. P. 56 for summary judgment (Dkt. No. 44). Magistrate Judge Schroeder recommends that Defendants' motions be granted.

The Court has carefully reviewed the Report and Recommendation, Plaintiff's Brown's objections to the Report and Recommendation (DKt. No. 59), and the record in this case, and it is hereby

**ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation and, for the reasons stated by the Magistrate Judge, grants summary judgment pursuant to Fed. R. Civ. P. 56 in the remaining Defendants' favor.

The Clerk shall enter Judgment in favor of the Defendants.

**IT IS SO ORDERED.**

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: January 17, 2018